August 15, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1293

In Regard to the Matter of:

Bayside State Prison

Litigation                              OPINION AND REPORT

                                              OF THE

MARTIN CARLESE,                          SPECIAL MASTER

        -vs-

WILLIAM H. FAUVER, et al,

        Defendants.

\* \* \* \*

FRIDAY, AUGUST 15, 2008

\* \* \* \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 2

1

2

3

4          Transcript of proceedings in the above

5   matter taken by Theresa O. Mastroianni, Certified

6   Court Reporter, license number 30X100085700, and

7   Notary Public of the State of New Jersey at the

8   United States District Court House, One Gerry Plaza,

9   Camden, New Jersey, 08102, commencing at 10:15 AM.

10

11

12

13

14

15

16

17

18

19

20              MASTROIANNI & FORMAROLI, INC.

21        Certified Court Reporting & Videoconferencing

22                251 South White Horse Pike

23                  Audubon, New Jersey 08106

24                       856-546-1100

25

```
 1
      A P P E A R A N C E S:
 2

 3

          LOUGHRY & LINDSAY, ESQUIRES
 4        BY:  JUSTIN LOUGHRY, ESQUIRE
          330 MARKET STREET
 5        CAMDEN, NEW JERSEY 08102
          856-968-9201
 6        ATTORNEYS FOR THE PLAINTIFFS

 7

 8        ROSELLI & GRIEGEL, PC
          BY:  MARK ROSELLI, ESQUIRE
 9             - and -
          BY:  KENNETH LOZIER, ESQUIRE
10        1337 STATE HIGHWAY 33
          HAMILTON SQUARE, NEW JERSEY  08690
11        609-586-2257
          ATTORNEYS FOR THE DEFENDANTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          JUDGE BISSELL:   I now reopen the record

2    with regard to Martin Carlese, civil 08-1293.

3               This opinion/report is being issued

4    pursuant to the directives of the Order of Reference

5    to a Special Master and the Special Master's

6    Agreement and the guiding principles of law which

7    underlie this decision to be applied to the facts

8    upon which it is based as set forth in the jury

9    instructions in the Walker and Mejias jury charges to

10   the extent applicable to the allegations of Mr.

11   Carlese.

12              As finalized after review under Local

13   Civil Rule 52.1, this transcript will constitute the

14   written report required under paragraph seven of the

15   Order of Reference to a Special Master.

16              Mr. Carlese was housed in the tents.

17   While he's not certain of exactly when the event of

18   which he complains occurred, he did mention August

19   7th or 13th.

20              He complains that when they were in the

21   tents the SOGs came to his tent, banged the area with

22   night sticks and came into it.  He indicated it was

23   quite dark in there, there was only a red light on

24   and that an officer came up to his bed.  He was very

25   compliant, was lying on his bed with his head down,

1   the officer came up to his bed and said, "Is he

2   alive?" referring to Mr. Carlese.

3            Plaintiff then testified, beginning at

4   page nine, line three:

5            "So he hit me on the leg with his night

6   stick and said are you alive and I said yes with my

7   face still in the pillow.  Then he says get up and

8   sit on the edge of the bed.  And as I did that I

9   looked at him, he didn't have his mask on.  So he

10  said what are you doing, put your chin in your chest.

11  And he said, as a matter of fact, kneel on the floor.

12  So I knelt on the floor and he made me walk all the

13  way across the floor on my knees."

14           The distance isn't defined, but no

15  doubt in his testimony he was made to do this.

16           "And I was at, you know, facing the

17  other officers and the one behind kicked me in the

18  back and I fell face forward.

19           "Kicked you in the back with what?

20           "His foot.

21           "Can you describe the severity of that

22  kick?

23           "It was pretty hard and intense.

24           "As a result of being kicked, what

25  happened, did you fall?

Page 6

1            "Answer:  I fell face forward.  My face

2    hit the ground because my hands were behind my back

3    and I was still on my knees.  He made me kneel across

4    the floor with just my shorts on on my knees.

5            "So as I fell forward", I'm skipping a

6    little in the middle, "so as I fell forward he told

7    me we're going to be back.  He said stay like this

8    until we get back.  If you move, you'll get more.

9            "So I stayed like that and they left

10   and another officer came in about ten minutes later.

11   That turned out to be Blackbeard.  Blackbeard said

12   what are you doing there."

13           And although the testimony is

14   contradictory based upon deposition testimony and

15   cross-examination, it appears that Blackbeard might

16   have kicked him lightly with his foot basically to

17   get his attention and told him to get up and get back

18   in his bed.

19           He was the housing officer on duty on

20   this shift.  The plaintiff does not lay any injury to

21   the impact from Blackbeard, but he does say that he

22   had back pain as a result of having been kicked to

23   the floor.

24           Of course I considered the likelihood

25   that for no other reason such as transport or

1    otherwise a SOG unit would just show up in a tent

2    during the nighttime hours.  And there is some basis

3    for doubt about that.  But in examining the

4    contemporaneous documentation and also the testimony

5    of Mr. Carlese, he testified that he went to medical

6    to complain about what happened to him and received

7    some warnings from the nurse at that point, but

8    nevertheless, the contemporaneous medical records, as

9    best I can garner from these documents, do recount

10   the event.  And this is unlike a number of other

11   cases we've had here where there have been no

12   contemporaneous documents.

13              Now, to be certain, the majority of Mr.

14   Carlese's complaints both at the time and thereafter

15   have to do with pains in his shoulders.  D-310, it

16   says: "He fell to the floor this morning and his

17   left shoulder is in pain.  Also, patient has a

18   tenderness and a mild sprain in the cervical spine."

19   That, of course, is up in the neck area.  So his

20   primary complaints were about problems with his neck

21   and shoulders.  But the reference to falling to the

22   floor is very consistent with, one, the event which

23   Mr. Carlese described, two, the fact that he went to

24   get something done about it and, three, the cautions

25   mentioned by the nurse that she and he are not going

1  to risk having any contemporaneous document about
2  having been kicked in the back by housing officers or
3  SOG officers. But she did, in fact, note the fact of
4  the fall.
5              I find that this represents the type of
6  contemporaneous evidence, other than just a he said
7  he said type of thing, that lends some credibility to
8  plaintiff's description of this incident.
9              From time to time here there have been
10 activities of these officers either proven or
11 unproven. In some cases the absence of entries in
12 the logs is significant. In this case, I don't
13 believe any log entries were introduced either on one
14 side or the other, so I'm not going to have to get
15 into that. But while the reference in the medical
16 records is hardly overwhelming, it does support the
17 fact that this event occurred. And once again, if
18 the members of the SOG unit wanted to act out or
19 assert their authority, what better place than in the
20 tents. The people down there in the tents, many of
21 them were transitory and most of them are ready for
22 reassignment elsewhere. It's not as if these were
23 people who were permanently housed in the unit for
24 months or years thereafter. It's a different
25 situation. And I find under these circumstances that

1   Mr. Carlese has sustained his claim of having been

2   assaulted by a SOG officer in the manner in which he

3   described, that this did definitely constitute the

4   use of excessive force with the intention to inflict

5   some measure of pain, one, with the kick in the back

6   and, two, that the man was going to fall forward with

7   his hands behind his back and thereby sustain a

8   measure of injury or at least pain as a result of

9   that by falling forward on his face.

10              I do note though, checking the

11  subsequent medical history at least that's provided

12  to me here, that the predominant complaints were with

13  regard to the neck and shoulders which do appear,

14  once again overall, to be unrelated as such to the

15  incident in question.  Mr. Carlese did not indicate

16  that those shoulder injuries were the result of this

17  and although he fell forward and may have had some

18  impact on his shoulder, that's not essentially the

19  essence of his injuries.  There is little evidence of

20  continuity of pain with regard to his back and I do

21  not find that that resulted in a severe ongoing

22  condition beyond a short period after the incident in

23  question.

24              To reiterate, I do find that there was,

25  indeed, excessive, unnecessary force imposed upon Mr.

Page 10

1  Carlese here within the comtemplation of those legal

2  principles and the definition of excessive force.

3  However, I also find in light of the fact that this

4  was not a prolonged, repeated or particularly

5  aggravated event, that it did not rise to a level of

6  being so egregious as to support a claim for punitive

7  damages, at least as to the unidentified officer who

8  allegedly inflicted this injury.

9           Finally, although not every item of

10 evidence has been discussed in this opinion/report,

11 all evidence presented to the Special Master was

12 reviewed and considered.

13          I find that the injury inflicted here

14 is actionable.  I find that the injury was acute

15 initially, but did not become either chronic or

16 permanent, as I said, beyond a relatively short

17 period of time after the incident in question.

18 Accordingly, I recommend in this report that the

19 district court enter an award of compensatory damages

20 in favor of Mr. Carlese in the amount of three

21 thousand dollars.

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19        _____  _____
          Theresa O. Mastroianni, C.S.R.
20        Notary Public, State of New Jersey
          My Commission Expires May 5, 2010
21        Certificate No. XI0857
          Date:  August 26, 2008
22

23

24

25
```

Case 1:08-cv-01293-RBK-JS   Document 5   Filed 10/01/08   Page 12 of 14 PageID: 34

August 15, 2008

12

**A**
absence 8:11
accurate 11:6
act 8:18
action 1:2 11:11
    11:14
actionable 10:14
activities 8:10
acute 10:14
aggravated 10:5
Agreement 4:6
al 1:8
alive 5:2,6
allegations 4:10
allegedly 10:8
amount 10:20
Answer 6:1
appear 9:13
appears 6:15
applicable 4:10
applied 4:7
area 4:21 7:19
assaulted 9:2
assert 8:19
attention 6:17
attorney 11:10
    11:12
ATTORNEYS
    3:6,11
Audubon 2:23
August 1:13
    4:18 11:21
authority 8:19
award 10:19

**B**
back 5:18,19 6:2
    6:7,8,17,22 8:2
    9:5,7,20
banged 4:21
based 4:8 6:14
basically 6:16
basis 7:2
Bayside 1:4
bed 4:24,25 5:1
    5:8 6:18

beginning 5:3
believe 8:13
best 7:9
better 8:19
beyond 9:22
    10:16
BISSELL 1:19
    4:1
Blackbeard 6:11
    6:11,15,21

**C**
C 3:1 11:1,1
Camden 2:9 3:5
Carlese 1:6 4:2
    4:11,16 5:2 7:5
    7:23 9:1,15
    10:1,20
Carlese's 7:14
case 8:12
cases 7:11 8:11
cautions 7:24
certain 4:17
    7:13
Certificate
    11:21
Certified 2:5,21
    11:4
certify 11:5,9
cervical 7:18
charges 4:9
checking 9:10
chest 5:10
chin 5:10
chronic 10:15
circumstances
    8:25
civil 1:2 4:2,13
claim 9:1 10:6
commencing 2:9
Commission
    11:20
compensatory
    10:19
complain 7:6
complains 4:18

    4:20
complaints 7:14
    7:20 9:12
compliant 4:25
comtemplation
    10:1
condition 9:22
considered 6:24
    10:12
consistent 7:22
constitute 4:13
    9:3
contemporane...
    7:4,8,12 8:1,6
continuity 9:20
contradictory
    6:14
counsel 11:10,12
course 6:24 7:19
court 1:1 2:6,8
    2:21 10:19
credibility 8:7
cross-examina...
    6:15
C.S.R 11:19

**D**
damages 10:7,19
dark 4:23
date 11:8,21
decision 4:7
Defendants 1:9
    3:11
defined 5:14
definitely 9:3
definition 10:2
deposition 6:14
describe 5:21
described 7:23
    9:3
description 8:8
different 8:24
directives 4:4
discussed 10:10
distance 5:14
district 1:1,1 2:8

    10:19
document 8:1
documentation
    7:4
documents 7:9
    7:12
doing 5:10 6:12
dollars 10:21
doubt 5:15 7:3
duty 6:19
D-310 7:15

**E**
E 3:1,1 11:1,1
edge 5:8
egregious 10:6
either 8:10,13
    10:15
employee 11:10
    11:12
enter 10:19
entries 8:11,13
ESQUIRE 3:4,8
    3:9
ESQUIRES 3:3
essence 9:19
essentially 9:18
et 1:8
event 4:17 7:10
    7:22 8:17 10:5
evidence 8:6
    9:19 10:10,11
exactly 4:17
examining 7:3
excessive 9:4,25
    10:2
Expires 11:20
extent 4:10

**F**
F 11:1
face 5:7,18 6:1,1
    9:9
facing 5:16
fact 5:11 7:23
    8:3,3,17 10:3

facts 4:7
fall 5:25 8:4 9:6
falling 7:21 9:9
FAUVER 1:8
favor 10:20
fell 5:18 6:1,5,6
    7:16 9:17
finalized 4:12
Finally 10:9
financially
    11:13
find 8:5,25 9:21
    9:24 10:3,13
    10:14
floor 5:11,12,13
    6:4,23 7:16,22
foot 5:20 6:16
force 9:4,25 10:2
foregoing 11:5
FORMAROLI
    2:20
forth 4:8 11:8
forward 5:18
    6:1,5,6 9:6,9
    9:17
FRIDAY 1:13
FURTHER 11:9

**G**
garner 7:9
Gerry 2:8
going 6:7 7:25
    8:14 9:6
GRIEGEL 3:8
ground 6:2
guiding 4:6

**H**
H 1:8
HAMILTON
    3:10
hands 6:2 9:7
happened 5:25
    7:6
hard 5:23
head 4:25

schedules@mfreporting.com          Mastroianni & Formaroli, Inc.          856-546-1100
                                   Professionals Serving Professionals

hereinbefore 11:8
HIGHWAY 3:10
history 9:11
hit 5:5 6:2
HONORABLE 1:19
Horse 2:22
hours 7:2
House 2:8
housed 4:16 8:23
housing 6:19 8:2

**I**
impact 6:21 9:18
imposed 9:25
incident 8:8 9:15 9:22 10:17
indicate 9:15
indicated 4:22
inflict 9:4
inflicted 10:8,13
initially 10:15
injuries 9:16,19
injury 6:20 9:8 10:8,13,14
instructions 4:9
intense 5:23
intention 9:4
interested 11:13
introduced 8:13
issued 4:3
item 10:9

**J**
Jersey 1:1 2:7,9 2:23 3:5,10 11:5,20
JOHN 1:19
JUDGE 4:1
jury 4:8,9
JUSTIN 3:4

**K**
KENNETH 3:9
kick 5:22 9:5
kicked 5:17,19 5:24 6:16,22 8:2
kneel 5:11 6:3
knees 5:13 6:3,4
knelt 5:12
know 5:16

**L**
law 4:6
lay 6:20
left 6:9 7:17
leg 5:5
legal 10:1
lends 8:7
level 10:5
license 2:6
light 4:23 10:3
lightly 6:16
likelihood 6:24
LINDSAY 3:3
line 5:4
Litigation 1:5
little 6:6 9:19
Local 4:12
log 8:13
logs 8:12
looked 5:9
LOUGHRY 3:3 3:4
LOZIER 3:9
lying 4:25

**M**
majority 7:13
man 9:6
manner 9:2
MARK 3:8
MARKET 3:4
Martin 1:6 4:2
mask 5:9
Master 1:6,19 4:5,15 10:11
Master's 4:5

Mastroianni 2:5 2:20 11:3,19
matter 1:3 2:5 5:11
measure 9:5,8
medical 7:5,8 8:15 9:11
Mejias 4:9
members 8:18
mention 4:18
mentioned 7:25
middle 6:6
mild 7:18
minutes 6:10
months 8:24
morning 7:16
move 6:8

**N**
N 3:1
neck 7:19,20 9:13
neither 11:9,11
nevertheless 7:8
New 1:1 2:7,9,23 3:5,10 11:4,20
night 4:22 5:5
nighttime 7:2
nine 5:4
Notary 2:7 11:3 11:20
note 8:3 9:10
number 2:6 7:10
nurse 7:7,25

**O**
O 2:5 11:3,19
occurred 4:18 8:17
officer 4:24 5:1 6:10,19 9:2 10:7
officers 5:17 8:2 8:3,10
once 8:17 9:14
ongoing 9:21

OPINION 1:5
opinion/report 4:3 10:10
Order 4:4,15
overall 9:14
overwhelming 8:16

**P**
P 3:1,1
page 5:4
pain 6:22 7:17 9:5,8,20
pains 7:15
paragraph 4:14
particularly 10:4
parties 11:11
patient 7:17
PC 3:8
people 8:20,23
period 9:22 10:17
permanent 10:16
permanently 8:23
Pike 2:22
pillow 5:7
place 8:19 11:8
plaintiff 5:3 6:20
PLAINTIFFS 3:6
plaintiff's 8:8
Plaza 2:8
point 7:7
predominant 9:12
presented 10:11
pretty 5:23
primary 7:20
principles 4:6 10:2
Prison 1:4
problems 7:20
proceedings 2:4

prolonged 10:4
proven 8:10
provided 9:11
Public 2:7 11:3 11:20
punitive 10:6
pursuant 4:4
put 5:10

**Q**
question 9:15,23 10:17
quite 4:23

**R**
R 3:1 11:1
ready 8:21
reason 6:25
reassignment 8:22
received 7:6
recommend 10:18
record 4:1
records 7:8 8:16
recount 7:9
red 4:23
reference 4:4,15 7:21 8:15
referring 5:2
regard 1:3 4:2 9:13,20
reiterate 9:24
relative 11:10,12
relatively 10:16
reopen 4:1
repeated 10:4
report 1:5 4:14 10:18
Reporter 2:6 11:4
Reporting 2:21
represents 8:5
required 4:14
result 5:24 6:22 9:8,16

resulted 9:21
review 4:12
reviewed 10:12
rise 10:5
risk 8:1
ROSELLI 3:8,8
Rule 4:13

**S**

S 3:1
says 5:7 7:16
set 4:8 11:8
seven 4:14
severe 9:21
severity 5:21
shift 6:20
short 9:22 10:16
Shorthand 11:4
shorts 6:4
shoulder 7:17
   9:16,18
shoulders 7:15
   7:21 9:13
show 7:1
side 8:14
significant 8:12
sit 5:8
situation 8:25
skipping 6:5
SOG 7:1 8:3,18
   9:2
SOGs 4:21
South 2:22
Special 1:6,19
   4:5,5,15 10:11
spine 7:18
sprain 7:18
SQUARE 3:10
State 1:4 2:7
   3:10 11:4,20
States 1:1 2:8
stay 6:7
stayed 6:9
stenographica...
   11:7
stick 5:6

sticks 4:22
STREET 3:4
subsequent 9:11
support 8:16
   10:6
sustain 9:7
sustained 9:1

**T**

T 11:1,1
taken 2:5 11:7
ten 6:10
tenderness 7:18
tent 4:21 7:1
tents 4:16,21
   8:20,20
testified 5:3 7:5
testimony 5:15
   6:13,14 7:4
   11:6
Theresa 2:5 11:3
   11:19
thing 8:7
thousand 10:21
three 5:4 7:24
   10:20
time 7:14 8:9,9
   10:17 11:7
told 6:6,17
transcript 2:4
   4:13 11:6
transitory 8:21
transport 6:25
true 11:6
turned 6:11
two 7:23 9:6
type 8:5,7

**U**

underlie 4:7
unidentified
   10:7
unit 7:1 8:18,23
United 1:1 2:8
unnecessary
   9:25

unproven 8:11
unrelated 9:14
use 9:4

**V**

Videoconfere...
   2:21
vs 1:7

**W**

W 1:19
walk 5:12
Walker 4:9
wanted 8:18
warnings 7:7
way 5:13
went 7:5,23
we're 6:7
we've 7:11
White 2:22
WILLIAM 1:8
written 4:14

**X**

XIO857 11:21

**Y**

years 8:24

**0**

08-1293 1:2 4:2
08102 2:9 3:5
08106 2:23
08690 3:10

**1**

10:15 2:9
13th 4:19
1337 3:10
15 1:13

**2**

2008 1:13 11:21
2010 11:20
251 2:22
26 11:21

**3**

30X100085700
   2:6
33 3:10
330 3:4

**5**

5 11:20
52.1 4:13

**6**

609-586-2257
   3:11

**7**

7th 4:19

**8**

856-546-1100
   2:24
856-968-9201
   3:5